IN THE UNITED STATES BANKRUPTCY COURT FOR
WESTERN DISTRICT OF MICHIGAN

IN RE:
JOHN F MORRIS and PAMELA J MORRIS            CASE NO.   HK-04-10166
114 GETHINGS CIR                             JUDGE   JEFFREY R HUGHES
BATTLE CREEK  MI
                        49015-8703
a/k/a                                        DATE:   01/06/06
       Debtor(s)

----------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT
                       AND ACCOUNT
----------------------------------------------------------------------
     MARY K V HAMLIN           , Trustee for the above case, submits the following
final  report and account of  the  administration  of  the  estate  pursuant  to
11 USC 1302 (b)(1).

The case was subsequently COMPLETED

     2. The  amount paid to  the  Trustee  by or  on behalf of the debtor(s) was
$  51056.97 .

     3. The Trustee made disbursements to creditors as follows:

----------------------------------------------------------------------
| CREDITOR NAME | CLASS | CLAIM AMT | PRIN PD | INT PD | BAL DUE |
|---|---|---|---|---|---|
| AT & T | UNSECURED | 201.58 | 201.58 | 4.74 | .0 |
| B-FIRST LLC | UNSECURED | 13675.70 | 13675.70 | 322.12 | .0 |
| CITI CARDS | NOT FILED | .00 | .00 | .00 | .0 |
| CITIBANK | UNSECURED | 4282.54 | 4282.54 | 100.88 | .0 |
| ECAST SETTLEMENT CORP | UNSECURED | 1908.04 | 1908.04 | 44.95 | .0 |
| ECAST SETTLEMENT CORPORATIO | UNSECURED | 5286.63 | 5286.63 | 124.51 | .0 |
| ECAST SETTLEMENT CORPORATIO | UNSECURED | 521.16 | 521.16 | 12.29 | .0 |
| ECAST SETTLEMENT CORPORATIO | UNSECURED | 3223.70 | 3223.70 | 75.94 | .0 |
| KELLOGG FEDERAL CREDIT UNIO | OUTSIDE | 10103.99 | .00 | .00 | .0 |
| KELLOGG FEDERAL CREDIT UNIO | OUTSIDE | 7628.92 | .00 | .00 | .0 |
| KOHLS | UNSECURED | 725.43 | 725.43 | 17.09 | .0 |
| MBNA AMERICA | NOT FILED | .00 | .00 | .00 | .0 |
| NATIONAL CITY BANK | UNSECURED | 7921.87 | 7921.87 | 186.61 | .0 |
| OLD NAVY | NOT FILED | .00 | .00 | .00 | .0 |
| RESURGENT CAPITAL SERVICES | UNSECURED | 340.86 | 340.86 | 8.02 | .0 |
| RETAILERS NATIONAL BANK | UNSECURED | 169.19 | 169.19 | 4.00 | .0 |
| RETAILERS NATIONAL BANK | UNSECURED | 566.14 | 566.14 | 13.33 | .0 |
| RETAILERS NATIONAL BANK | UNSECURED | 4549.81 | 4549.81 | 107.17 | .0 |
| SAMS CLUB | NOT FILED | .00 | .00 | .00 | .0 |
| SHAHEEN JACOBS & ROSS PC | NOT FILED | .00 | .00 | .00 | .0 |
| STERLING INC | UNSECURED | 274.44 | 274.44 | 6.45 | .0 |
| TCF NATIONAL BANK | OUTSIDE | 134286.15 | .00 | .00 | .0 |
| WELTMAN WEINBERG & REIS CO | NOT FILED | .00 | .00 | .00 | .0 |

PAGE  1 - CONTINUED ON NEXT PAGE

4. Summary of disbursements:
```
------------------------------------------------------------------
              SECURED     PRIORITY    UNSECURED  CONT DEBTS    TOTAL
------------------------------------------------------------------
CLAIM AMOUNT      .00          .00     43647.09        .00   43647.09
PRINCIPAL PAID    .00          .00     43647.09        .00   43647.09
INTEREST PAID     .00          .00      1028.10        .00    1028.10
```

5. Costs of administration:
The clerk was paid $         .00  through the plan for the filing fee.
The debtor's attorney was allowed $   1080.00 and was paid $   1080.00 .
The Trustee was paid $   2014.83  pursuant to 11 USC 1302.
The Trustee was paid $         .00  in Notice Fees.
Refunds to the debtor total $   3286.95 .

   Wherefore the Trustee requests a final decree be entered  which  discharges
the trustee and his surety from any and all liability on account  of  the  above
case, closes the estate, and grants such other relief as may be just and proper.

xc:JOHN F MORRIS and PAMELA J MORRIS
   REDMOND & REDMOND PLC                    /s/ MARY K. VIEGELAHN HAMLIN
      480 W LOVELL ST                       _____
      KALAMAZOO  MI  49007                  MARY K. VIEGELAHN HAMLIN,
                                            TRUSTEE

Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0646-1          User: nicholp          Page 1 of 1             Date Rcvd: Jan 10, 2006
Case: 04-10166               Form ID: pdf017         Total Served: 2
```

```
The following entities were served by first class mail on Jan 12, 2006.
db           John F. Morris,  114 Gethings Cir.,   Battle Creek, MI  49015-8703
db           Pamela J. Morris,  114 Gethings Cir.,   Battle Creek, MI  49015-8703

The following entities were served by electronic transmission.
NONE.                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 12, 2006**          **Signature:**    _Joseph Speetjens_